1  ROBERT J. CALDWELL, ESQ.
   Nevada Bar No. 007751
2  LINDA K. WILLIAMS, ESQ.
   Nevada Bar No. 012135
3  KOLESAR & LEATHAM
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail: rcaldwell@klnevada.com
6          lwilliams@klnevada.com

7  *Attorneys for Defendant,*
   *Nissan Motor Acceptance Corp.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TRACEY I. CONLEY, | CASE NO. 2:17-CV-02785-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR NISSAN MOTOR ACCEPTANCE CORP. TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| vs. | |
| NISSAN MOTOR ACCEPTANCE CORP, INC; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; EXPERIAN INFORMATION SOLUTIONS, INC, | |
| Defendants | |

Plaintiff TRACEY I. CONLEY ("Plaintiff"), by and through counsel of record, and Defendant NISSAN MOTOR ACCEPTANCE CORP. ("Nissan"), by and through counsel of record, (collectively Plaintiff and Nissan are hereafter referred to as the "Parties") hereby stipulate and agree as follows:

1. Nissan's response to Plaintiff's Complaint [Doc. 1] is due December 18, 2017.

2. Nissan requested from Plaintiff an extension of time, up to and including **January 16, 2018,** to respond to the Complaint, and Plaintiff does not oppose such an extension.

3. The Parties hereby stipulate and agree that Nissan has an extension of time up to and including **January 16, 2018** to respond to the Complaint.

4. This request is made in good faith and not made for purposes of delay.

DATED this 18th day of December, 2017.   DATED this 18th day of December, 2018.

**KNEPPER & CLARK, LLC**   **KOLESAR & LEATHAM**

By: */s/ Matthew I. Knepper*   By: */s/ Linda K. Williams*
    MATTHEW I. KNEPPER, ESQ.       ROBERT J. CALDWELL, ESQ.
    Nevada Bar No. 012796       Nevada Bar No. 007751
    MILES N. CLARK, ESQ.       LINDA K. WILLIAMS, ESQ.
    Nevada Bar No. 013848       Nevada Bar No. 012135
    10040 W. Cheyenne Ave.,       400 South Rampart Boulevard
    Suite 170-109       Suite 400
    Las Vegas, Nevada 89129       Las Vegas, Nevada 89145

*Attorney for Plaintiff,*   *Attorneys for Defendant,*
*Tracey I Conley*   *Nissan Motor Acceptance Corp.*

**ORDER**

IT IS SO ORDERED:

[signature]

UNITED STATES MAGISTRATE JUDGE

DATED:   12-18-2017