Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rct@morrislawgroup.com
Email: rml@morrislawgroup.com

Attorneys for Defendant
PlusFour, Inc.

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY I. CONLEY,<br><br>    Plaintiff,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC.; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>    Defendants. | Case No. 2:17-cv-02785-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Pursuant to Local Rules IA 6-1(a), 6-2 and 7-1, and Federal Rule of Civil Procedure 6(b), Defendant PlusFour, Inc. ("Defendant") and Plaintiff Tracey I. Conley ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

Defendant has requested, and Plaintiff has consented to, an extension of the time for Defendant to respond to Plaintiff's Complaint (ECF No. 1, filed on November 3, 2017) from December 18, 2017 to January 5, 2018.

MORRIS LAW GROUP
411 E. BONNEVILLE AVE., SUITE 360, LAS VEGAS, NEVADA 89101
702/474-9400 · FAX 702/474-9422

Rule 6(b) requires the Court to approve an extension of time for Defendant to file an answer, and therefore the Parties collectively request the Court approve the agreement, as set forth below:

    a. This is the Parties' first stipulation for an enlargement of time to respond to the Complaint;

    b. The Parties stipulate and agree that the deadline for Defendant to file an answer or otherwise respond to Plaintiff's Complaint shall be extended to on or before January 5, 2018; and

    c. Defendant requested this extension to give its counsel sufficient time to meaningfully assess Plaintiff's claims before responding to the Complaint. This stipulation is not made for purposes of delay.

Dated: December 15, 2017       Dated: December 15, 2017

By: /s/ *Raleigh C. Thompson*      By: /s/ *Matthew I. Knepper*
    Raleigh C. Thompson (11296)      Matthew I. Knepper (12796)
    Ryan M. Lower (9108)      Miles N. Clark (13848)
    MORRIS LAW GROUP      KNEPPER & CLARK LLC
    411 E. Bonneville Avenue      10040 W. Cheyenne Avenue
    Suite 360      Suite 170-109
    Las Vegas, NV 89101      Las Vegas, NV 89129

Attorneys for Defendant      David H. Krieger (9086)
PlusFour, Inc.      HAINES & KRIEGER, LLC
     8985 S. Eastern Avenue
     Suite 350
     Henderson, NV 89123

     Attorneys for Plaintiff
     Tracey I. Conley

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 12-18-2017