| | |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP<br>Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964; Fax: (702) 946-1345<br>dnitz@wrightlegal.net<br>rhernandez@wrightlegal.net<br>*Attorneys for Defendant, Carrington Mortgage Services, LLC* | |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY I. CONLEY,<br><br>          Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; EXPERIAN INFORMATION SOLUTIONS, INC,<br><br>          Defendants. | Case No.: 2:17-cv-02785-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR CARRINGTON MORTGAGE SERVICES, LLC TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

      Plaintiff, Tracy I. Conley ("Plaintiff"), by and through her counsel of record, Matthew I. Knepper, Esq., and Defendant, Carrington Mortgage Services, LLC ("Carrington"), by and through its counsel, Ramir M. Hernandez, Esq. (Plaintiff and Carrington are collectively referred to as the "Parties"), hereby stipulate and agree as follows:

      On November 3, 2017, Plaintiff commenced this action by filing her Complaint [ECF No. 1], which names Carrington as a Defendant. Carrington was served with the Complaint on November 27, 2017.

      The deadline for Carrington to file its responsive pleading was November 27, 2017.

      WHEREFORE, based on the foregoing, IT IS HEREBY STIPULATED AND AGREED that the deadline for Carrington to file its responsive pleading to Plaintiff's Complaint [ECF No. 1] shall be extended to January 12, 2018.

IT IS FURTHER STIPULATED AND AGREED that in exchange for the foregoing extension, Carrington guarantees it will participate in the FRCP 26(f) Conference scheduled for January 12, 2018, at 10:00 AM.

This is the first stipulation for extension of time for Carrington to respond to Plaintiff's Complaint. The extension is requested in good faith and is not for purposes of delay or prejudice to any other party.

DATED this 22nd day of December, 2017.  
WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*  
Dana Jonathon Nitz, Esq.  
Nevada Bar No. 0050  
Ramir M. Hernandez, Esq.  
Nevada Bar No. 13146  
7785 W. Sahara Ave., Suite 200  
Las Vegas, NV 89117  
*Attorneys for Defendant, Carrington Mortgage Services, LLC*

DATED this 22nd day of December, 2017.  
KNEPPER & CLARK LLC

*/s/ Matthew I. Knepper*  
Matthew I. Knepper, Esq.  
Nevada Bar No. 12796  
Miles N. Clark, Esq.  
Nevada Bar No. 13848  
10040 W. Cheyenne Ave., Suite 170-109  
Las Vegas, NV 89129  
*Attorneys for Plaintiff, Tracey I. Conley*

**IT IS SO ORDERED.**

DATED this 22nd day of December, 2017.

_____  
U.S. MAGISTRATE JUDGE