**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| TRACEY I. CONLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC., *et al.*,<br><br>        Defendants. | 2:17-cv-02785-JCM-VCF<br><br>**ORDER** |

        Before the Court is the Notice of Settlement with Nissan Motor Acceptance Corporation, Inc. (ECF No. 18).

        Accordingly,

        IT IS HEREBY ORDERED that the parties must file a proposed stipulation and order for dismissal on or before March 13, 2018.

        DATED this 12th day of January, 2018.

                                                    _____
                                                  CAM FERENBACH
                                                  UNITED STATES MAGISTRATE JUDGE