Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRACEY I. CONLEY<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No.: 2:17-cv-02785-JCM-VCF<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CARRINGTON MORTGAGE SERVICES, LLC WITH PREJUDICE** |

Notice of Voluntary Dismissal of Carrington Mortgage Services, LLC With Prejudice - 1

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tracey I. Conley hereby dismisses all of her claims against CARRINGTON MORTGAGE SERVICES, LLC, in this case with prejudice, on the merits, and without costs or disbursements to any party.

IT IS SO STIPULATED.
Dated this 18th day of January, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Ramir M. Hernandez* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Dana Jonathan Nitz, Esq.<br>Nevada Bar No. 50<br>Ramir Mitchell Hernandez, Esq.<br>Nevada Bar No. 13146<br>WRIGHT FINLAY & ZAK, LLP<br>7785 W. Sahara Ave, Ste 200<br>Las Vegas, NV 89117<br>Email: rhernandez@wrightlegal.net<br>Email: dnitz@wrightlegal.net<br>*Counsel for Defendant*<br>*Carrington Mortgage Services, LLC* |
| /s/ *Jennifer Braster*<br>Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | /s/ *Raleigh C. Thompson*<br>Raleigh C. Thompson, Esq.<br>Nevada Bar No. 11296<br>MORRIS LAW GROUP<br>411 E. Bonneville Ave., Suite 360<br>Las Vegas, NV 89101<br>Email: rct@morrislawgroup.com<br>*Counsel for Defendant Plusfour, Inc.* |

## **ORDER GRANTING**

## **VOLUNTARY DISMISSAL OF CARRINGTON MORTGAGE SERVICES, LLC WITH PREJUDICE**

**IT IS SO ORDERED.**

Dated: January 24, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

Notice of Voluntary Dismissal of Carrington Mortgage Services, LLC With Prejudice - 2