Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY I. CONLEY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:17-cv-02785-JCM-VCF<br><br>**STIPULATION OF DISMISSAL OF NISSAN MOTOR ACCEPTANCE CORPORATION, INC., WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Nissan Motor Acceptance Corp., Inc., from the above captioned action, with prejudice.

STIPULATION OF DISMISSAL OF NISSAN MOTOR ACCEPTANCE CORPORATION, INC., WITH PREJUDICE - 1

Each party will bear its own fees and costs

    IT IS SO STIPULATED.

    Dated this 15th day of March, 2018.

| /s/ *Matthew I. Knepper* | /s/ *Linda K. Williams* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>Email: dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Robert J. Caldwell, Esq.<br>Nevada Bar No. 7751<br>Linda K. Williams, Esq.<br>Nevada Bar No. 12135<br>KOLESAR & LEATHAM<br>400 S. Rampart Boulevard, Suite 400<br>Las Vegas, NV 89145<br>Email: rcaldwell@klnevada.com<br>Email: lwilliams@klnevada.com<br><br>*Counsel for Defendant*<br>*Nissan Motor Acceptance Corporation, Inc* |
| /s/ *Jennifer Braster* | /s/ *Raleigh C. Thompson* |
| Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>NAYLOR & BRASTER<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | Raleigh C. Thompson, Esq.<br>Nevada Bar No. 11296<br>MORRIS LAW GROUP<br>411 E. Bonneville Ave., Suite 360<br>Las Vegas, NV 89101<br>Email: rct@morrislawgroup.com<br>*Counsel for Defendant Plusfour, Inc.* |

## ORDER GRANTING

## DISMISSAL OF NISSAN MOTOR ACCEPTANCE CORPORATION, INC., WITH PREJUDICE

**IT IS SO ORDERED.**

Dated: March 19, 2018.

                                        UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL OF NISSAN MOTOR ACCEPTANCE CORPORATION, INC., WITH PREJUDICE - 2