Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY I. CONLEY,<br><br>        Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION, INC; CARRINGTON MORTGAGE SERVICES, LLC; PLUSFOUR, INC.; AND EXPERIAN INFORMATIONSOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:17-cv-02785-JCM-VCF<br><br><br>**STIPULATION OF DISMISSAL OF PLUSFOUR, INC., WITH PREJUDICE** |

       PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),

the parties have stipulated to the dismissal of Defendant Plusfour, Inc., from the above captioned

STIPULATION OF DISMISSAL OF PLUSFOUR, INC., WITH PREJUDICE - 1

action, with prejudice.  Plaintiff has no remaining claims in this matter and this case is fully resolved.  Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated August 16, 2018.

| | |
|---|---|
| /s/ *Matthew I. Knepper* | /s/ *Raleigh C. Thompson* |
| Matthew I. Knepper, Esq. | Raleigh C. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 11296 |
| Miles N. Clark, Esq. | Ryan M. Lower, Esq. |
| Nevada Bar No. 13848 | Nevada Bar No. 9108 |
| Shaina R. Plaksin, Esq. | MORRIS LAW GROUP |
| Nevada Bar No. 13935 | 411 E. Bonneville Ave., Suite 360 |
| KNEPPER & CLARK LLC | Las Vegas, NV 89101 |
| Email: matthew.knepper@knepperclark.com | Email: rct@morrislawgroup.com |
| Email: miles.clark@knepperclark.com | Email: rml@morrislawgroup.com |
| Email: shaina.plaksin@knepperclark.com | |
| | *Counsel for Defendant* |
| David H. Krieger, Esq. | *PlusFour, Inc.* |
| Nevada Bar No. 9086 | |
| HAINES & KRIEGER, LLC | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

**ORDER GRANTING**

**STIPULATION OF DISMISSAL OF PLUSFOUR, INC., WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED August 21, 2018.